UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUNE R. WILLIAMS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-14-2309 |
| § | |
| THE HOUSING CORPORATION OF GREATER § | |
| HOUSTON, ET AL., § | |
| § | |
| *Defendants*. § | |

# ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court grant defendants' motion for summary judgment. Dkt. 40. Plaintiff June R. Williams did not respond to the defendants' motion for summary judgment and neither party filed objections to the M&R. Dkt. 38. Having considered the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error, and that the M&R should be adopted. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 40) is ADOPTED IN FULL. The court, consistent with the Magistrate Judge's recommendation, GRANTS summary judgment in favor of defendants.

Signed at Houston, Texas on October 4, 2016.

_____
Gray H. Miller
United States District Judge